```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 11299
    WILLIAM C SHULTZ
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-7702

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/11/2006 and was confirmed 01/29/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 07/23/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
US BANK NA                   CURRENT MORTG          .00           .00            .00
US BANK NA                   MORTGAGE ARRE     25917.66           .00        1046.17
CAPITAL ONE BANK             UNSECURED          1167.87           .00            .00
HSBC BANK NEVADA/HSBC CA     UNSECURED           580.46           .00            .00
I C COLLECTION SERVICE       UNSECURED        NOT FILED           .00            .00
I C COLLECTION SERVICE       UNSECURED        NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC     UNSECURED          9641.54           .00            .00
COSTELLO & COSTELLO          DEBTOR ATTY       1,774.00                      1,774.00
TOM VAUGHN                   TRUSTEE                                           167.83
DEBTOR REFUND                REFUND                                                .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  2,988.00

PRIORITY                                              .00
SECURED                                           1,046.17
UNSECURED                                             .00
ADMINISTRATIVE                                    1,774.00
TRUSTEE COMPENSATION                                167.83
DEBTOR REFUND                                         .00
                         -------------         -------------
TOTALS                   2,988.00                 2,988.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/18/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                                                                       PAGE   2
              CASE NO. 06 B 11299 WILLIAM C SHULTZ